# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF WASHINGTON

| UNITED STATES OF AMERICA, | Case No. | CR-12-0016-WFN-4 |
|---|---|---|
| Plaintiff, | CRIMINAL MINUTES | |
| vs. | DATE: | MAY 10, 2012 |
| PETER MICHAEL MAGANA, | LOCATION: | SPOKANE |
| a/k/a Peter M. Magana, | | |
| Defendant. | CHANGE OF PLEA HEARING | |

| Hon. Wm. Fremming Nielsen | | | |
|---|---|---|---|
| Joanna L. Knutson | Heather Foe | N/A | Debra Kinney Clark |
| **Courtroom Deputy** | **Law Clerk** | **Interpreter** | **Court Reporter** |
| Russell E. Smoot | | Robert E. Caruso | |
| **Plaintiff's Counsel** | | **Defendant's Counsel** | |
| **United States Probation Officer:** Alvin J. Barrett, Jr. | | | |

[ X ] Open Court     [ ] Chambers     [ ] Telecon

Defendant present in custody of United States Marshal, with appointed counsel. Court confirmed with defense counsel that the Defendant was prepared to enter a change of plea at this time. Court previously queried Defendant as to the accuracy of his name.

Court GRANTS defense counsel's oral request for a closed hearing. Defense counsel addressed the Court with his concerns.

Government counsel set forth the elements that would need to be proven to obtain a conviction. Original signed Plea Agreement handed up for filing prior to commencement of the hearing. Court engaged Defendant in a colloquy regarding charges and advised Defendant he has a right to go to trial. Court advises Defendant of Constitutional Rights given up by plea of guilty. Defendant enters guilty plea. Order Accepting Guilty Plea to Count 1 of the Indictment signed and filed; Presentence Investigation Report ordered. Order Re: Schedule for Sentencing to be filed. All pending motions are denied as moot.

Sentencing set for **September 12, 2012 at 11:00 a.m., S/WFN.** Defendant shall **REMAIN DETAINED** as previously ordered.

[ X ] ORDERS FORTHCOMING

| Convened: 11:41 a.m. | Adjourned: 12:09 a.m. | Time: 0:28 Hr. | Calendared [ X ] |
|---|---|---|---|