# United States District Court

## for the

## Eastern District of Washington

## REQUEST FOR TRAVEL

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

APR 17 2019

SEAN F. McAVOY, CLERK
_____ DEPUTY
SPOKANE, WASHINGTON

Name of Offender: Peter Michael Magana
Name of Supervising Judicial Officer: Honorable WM. Fremming Nielsen
Docket No: 2:12-cr-00016-WFN-4

### PETITIONING THE COURT

A pretrial supervision report was submitted to the Court providing information regarding the defendant's request to travel. The U.S. Probation/Pretrial Services Officer is seeking the Court's approval for Peter Michael Magana to travel while on pretrial supervision.

Respectfully submitted by,

s/Linda J. Leavitt     04/16/2019
Linda J. Leavitt           Date
U.S. Probation Officer

### THE COURT ORDERS

Having reviewed the United States Probation/Pretrial Services Officer's request for defendant's travel, IT IS HEREBY ORDERED, THE COURT:

[X] **Approves travel request**
[ ] **Denies travel request**
[ ] **Other**

_____
Signature of Judicial Officer

4/17/19
Date