FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Oct 01, 2020

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>-vs-<br><br>PETER MICHAEL MAGANA,<br><br>Defendant. | No. 2:12-CR-0016-WFN-4<br><br>ORDER SETTING<br>SENTENCING HEARING |

The parties have notified the Court that Mr. Magana is prepared to proceed with his sentencing hearing. The Court notes that the Presentence Investigation Report is complete but may require an update. The Court has reviewed the file and is fully informed. Accordingly,

**IT IS ORDERED** that:

1. A sentencing hearing shall be held **December 3, 2020, at 10:00 a.m., in Spokane**, Washington.

2. The United States Probation Office shall file an updated Presentence Investigation Report no later than **October 23, 2020.**

3. Objections, if any, shall be filed and served no later than **November 6, 2020**.

    (a) Objections shall be numbered and identify the paragraph(s) to which the objection applies. Objections shall address the PSR in sequential order, beginning with the lowest numbered paragraph.

    (b) After receiving counsel's objections, the Probation Officer shall conduct any further investigation and make any revisions to the presentence report that may be necessary. The Probation Officer may require counsel for both parties to meet with the officer to discuss

ORDER - 1

unresolved factual and legal issues and counsel shall make themselves available for that purpose.

4. The Probation Officer shall submit the updated presentence report to the sentencing judge no later than **November 20, 2020.**

5. Any memorandum or motion regarding sentencing must be filed and served by **November 20, 2020**. The opposing party shall file and serve a response, if any, **within seven (7) days** of receipt of the motion.

The District Court Executive is directed to file this Order and provide copies to counsel **AND TO** United States Probation Officer Shane Moore.

**DATED** this 1st day of October, 2020.

10-01-20

WM. FREMMING NIELSEN
SENIOR UNITED STATES DISTRICT JUDGE

ORDER - 2