1  William D. Hyslop
2  United States Attorney
   Eastern District of Washington
3  Timothy J. Ohms
4  Patrick Cashman
   Assistant United States Attorneys
5  Post Office Box 1494
6  Spokane, WA 99210-1494
   Telephone: (509) 353-2767
7

8
         UNITED STATES DISTRICT
9     FOR THE EASTERN DISTRICT OF WASHINGTON
10

11 UNITED STATES OF AMERICA,

12              Plaintiff,                  2:12-CR-00016-WFN-4

13                                          United States' Notice of Review
        v.                                  of PSR
14
15 PETER MICHAEL MAGANA,

16              Defendant.

17

18      Plaintiff, United States of America, by and through William D. Hyslop,

19 United States Attorney for the Eastern District of Washington, and Timothy J.

20 Ohms and Patrick Cashman, Assistant United States Attorneys for the Eastern

21 District of Washington, submits the following Notice of Review of Amended

22 Presentence Investigation Report.

23      The United States has reviewed the Amended Presentence Investigation

24 Report (PSR) prepared by United States Probation Officer Shawn Kennicutt on

25
26
27
28

United States' Notice of Review of PSR - 1

| | |
|---|---|
| 1 | December 4, 2020. ECF No. 1013. The United States has no additions, objections |
| 2 | or corrections based upon information currently available. |
| 3 |     Dated: December 8, 2020. |
| 4 | |
| 5 |                     William D. Hyslop<br>United States Attorney |

William D. Hyslop
United States Attorney

*s/ Timothy J. Ohms*
Timothy J. Ohms
Assistant United States Attorney

*s/ Patrick Cashman*
Patrick Cashman
Assistant United States Attorney

United States' Notice of Review of PSR - 2

**CERTIFICATE OF SERVICE**

I hereby certify that on December 8, 2020, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Defendant, via counsel.

*s/ Timothy J. Ohms*
Timothy J. Ohms
Assistant United States Attorney

United States' Notice of Review of PSR - 3